## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>TEGEL, BRIAN LAWRENCE<br>TEGEL, JENNIFER MARIE<br><br><div align="center">Debtor(s)</div> | CHAPTER 7 CASE<br><br>CASE NO. 05B-46509 JS<br><br>JUDGE JOHN SQUIRES |

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/08/05. The Trustee was appointed on 10/08/05. An order for relief under Chapter 7 was entered on 10/08/05.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 4/30/07 is as follows:

a. RECEIPTS (See Exhibit C)  $ 63,382.93

b. DISBURSEMENTS (See Exhibit C)  $ 6,699.36

c. NET CASH available for distribution  $ 56,683.57

d. TRUSTEE/PROFESSIONAL COSTS
   1. Trustee compensation requested (See Exhibit E)  $ 6,244.15
   2. Trustee Expenses (See Exhibit E)  $ 13.67
   3. Compensation requested by attorney or other
      professionals for trustee (See Exhibit F)  $ 6,470.79
e. Illinois Income Tax for Estate (See Exhibit G)  $ 0.00

5.   The Bar Date for filing unsecured claims expired on 03/31/06. .

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims  $ 0.00

b. Chapter 7 Administrative and 28 U.S.C. §1930 claims  $ 12,728.61

c. Allowed Chapter 11 Administrative Claims  $ 0.00

d. Allowed priority claims  $ 0.00

e. Allowed unsecured claims  $ 125,488.29

7.   Trustee proposes that unsecured creditors receive a distribution of 18.57% of allowed claims

from Jennifer's portion of the estate and 40.47%  from Brian's portion of the estate.  The total estate

after payment of administrative claims totals $56,683.57 half of which is $21,977.48 to be disbursed

among unsecured claimants as filed against each debtor.

8.   Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$6,470.79.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$12,728.61. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.   A fee of $1,000.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  4/30/07                                 RESPECTFULLY SUBMITTED,


                                        By:/s/David E. Grochocinski
                                           DAVID GROCHOCINSKI, TRUSTEE
                                           1900 RAVINIA PLACE
                                           ORLAND PARK, IL  60462
                                           Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Tegel, Brian & Jennifer

April 30, 2007

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2005 | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 0.80 350.00/hr | 280.00 |
| 12/29/2005 | DEG | Receipt of bar date; set for 3/31/06 | 0.10 350.00/hr | 35.00 |
| 3/1/2006 | DEG | Review schedule F; not all creditors are joint | 0.50 350.00/hr | 175.00 |
| 3/16/2006 | DEG | Initial review of claims docket | 0.30 350.00/hr | 105.00 |
| 7/12/2006 | DEG | Prepared letter to Barbara Bauer at Ticor Title regarding $63,000.00 due the estate in exchange for interest of debtors in real property at 5504 Ridge Crossing, Hanover Park, IL; send via overnight delivery | 1.00 350.00/hr | 350.00 |
| 7/31/2006 | DEG | Final review of claims docket | 1.00 350.00/hr | 350.00 |
| 9/25/2006 | DEG | Letter to accountant with order of employment and necessary documents to prepare necessary tax returns or analysis | 0.70 350.00/hr | 245.00 |
| 9/26/2006 | DEG | Obtain additional TIN for Jennifer Tegal estate for tax return purposes | 0.90 350.00/hr | 315.00 |
| 2/23/2007 | DEG | Email to accountant regarding status on returns | 0.30 350.00/hr | 105.00 |
| 4/27/2007 | DEG | Prepared 505(b) letter to IRS and IDR | 0.80 350.00/hr | 280.00 |
| | DEG | Review of tax returns and discussion with accountant | 1.10 350.00/hr | 385.00 |
| 4/30/2007 | DEG | Prepared final report with two distribution reports | 3.80 350.00/hr | 1,330.00 |
| | | SUBTOTAL: | [          11.30 | 3,955.00] |

*Ex. A*

Tegel, Brian & Jennifer                                                                            Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Real Estate

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/28/2005 | DEG | Prepared intial report of assets<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 1/16/2006 | DEG | Letter to Poeppel either offer on property or will sell property<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
|  | DEG | Send signed listing agreement to Harriet Bode<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 1/30/2006 | DEG | Review file and real estate analysis; fax to attorney; 49K needs to increase<br>Real Estate | 0.40<br>350.00/hr | 140.00 |
| 2/16/2006 | DEG | Letter to debtor's attorney regarding property and need to put on market<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 3/9/2006 | DEG | Facsimile letter from debtor's attorney regarding offer of $63,000.00 for interest in real property<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 3/17/2006 | DEG | Receipt and review of proof of claim from Great Lakes Educational Loan Services, Inc.<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 5/3/2006 | DEG | Email from Poeppel regarding waiver of homestead exemption and purchase price of $63,000.00 to Beatrice Mikal or designee<br>Real Estate | 0.50<br>350.00/hr | 175.00 |
| 5/5/2006 | DEG | Email from debtor's attorney regarding proposed language to USA Mortgage<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 5/8/2006 | DEG | Facsimile letter to debtor's attorney with proopsed order; ask for review and comments regarding same<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 5/11/2006 | DEG | Receipt and review of letter from debtor's attorney; authorization to transfer to Mikal for purchase of Trustee's interest in property<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 5/12/2006 | DEG | Email to Poepple regarding confirmation of review of nominee of Brian's interest acceptable to estate<br>Real Estate | 0.30<br>350.00/hr | 105.00 |
| 6/27/2006 | DEG | Prepare letter to debtor's attorney regarding closing; if no closing date by 7/7/06 will file to set aside and vacate the order and sell the real estate<br>Real Estate | 0.60<br>350.00/hr | 210.00 |
| 6/30/2006 | DEG | Email from Poeppel regarding executed authorization to prepare quit claim deed to Mikal; closing date 7/7/06<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 7/5/2006 | DEG | Email to debtor's attorney requestion copy of mortgage commitment, title company, closing statement, HUD-1 etc.<br>Real Estate | 0.50<br>350.00/hr | 175.00 |
| 7/6/2006 | DEG | Email from Poeppel closing now 7/12/06<br>Real Estate | 0.20<br>350.00/hr | 70.00 |
| 7/11/2006 | DEG | Receipt and review of title commitment and mortgage loan commitment from Sarah Poeppel<br>Real Estate | 1.50<br>350.00/hr | 525.00 |

Tegel, Brian & Jennifer                                                                                                    Page      3

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/12/2006 | DEG | Prepared letter and assembled documents for title company to clear title for approval of loan at request of mortgage lender | Real Estate | 1.80 350.00/hr | 630.00 |
| 7/18/2006 | DEG | Receipt and review of closing statement | Real Estate | 0.60 350.00/hr | 210.00 |
| 7/25/2006 | DEG | Letter to Bode with check for 3150 as approved commissions in case | Real Estate | 0.60 350.00/hr | 210.00 |
| | DEG | Letter with check to Poeppel for Jennifer Tegel as her homestead exemption | Real Estate | 0.60 350.00/hr | 210.00 |

SUBTOTAL:                                                                                       [     9.60         3,360.00]

For professional services rendered                                                              20.90        $7,315.00

**TRUSTEE COSTS**

1)    **UPS**                                                        $ **13.67**


      **TOTAL COSTS**                                      $**13.67**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                                     $_____63,382.93

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                                   $_____6,232.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                          $_____87,835.60

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-46509 JS
**Case Name:** TEGEL, BRIAN LAWRENCE
TEGEL, JENNIFER MARIE
**Period Ending:** 04/30/07

**Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE
**Filed (f) or Converted (c):** 10/08/05 (f)
**§341(a) Meeting Date:** 12/27/05
**Claims Bar Date:** 03/31/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5504 RIDGE CROSSING, HANOVER PARK, IL | 200,000.00 | 42,979.00 | | 59,000.00 | FA |
| 2 | CASH | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | SAVINGS | 232.00 | 0.00 | DA | 0.00 | FA |
| 5 | CHECKING | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | SAVINGS - TCF | 5,037.36 | 0.00 | | 4,000.00 | FA |
| 7 | SAVINGS & CHECKING HARRIS | 700.00 | 0.00 | DA | 0.00 | FA |
| 8 | HOUSEHOLD GOODS | 2,050.00 | 0.00 | DA | 0.00 | FA |
| 9 | BOOKS, CDS | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | CLOTHING | 350.00 | 0.00 | DA | 0.00 | FA |
| 11 | WEDDING RINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | PERSONAL CAMERA | 30.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2 LIFE INS. POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2 LIFE INS. POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 15 | TEACHER RETIREMENT SYSTEM ACCT | 27,000.00 | 0.00 | | 0.00 | FA |
| 16 | AG EDWARDS - IRA | 10,181.40 | 0.00 | | 0.00 | FA |
| 17 | MOBILE DATA SOLUTIONS, INC. RETIREMENT | 30,274.41 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05B-46509 JS | | Trustee: | (520067) | DAVID GROCHOCINSKI, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | TEGEL, BRIAN LAWRENCE | | Filed (f) or Converted (c): | 10/08/05 (f) | |
| | TEGEL, JENNIFER MARIE | | §341(a) Meeting Date: | 12/27/05 | |
| Period Ending: | 04/30/07 | | Claims Bar Date: | 03/31/06 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | ILLINOIS MUNICIPAL RETIREMENT FUND | 179.79 | 0.00 | | 0.00 | FA |
| 19 | E TRADE BROKERAGE ACCOUNT | 20.00 | 0.00 | DA | 0.00 | FA |
| 20 | UNCLE'S ESTATE | 0.00 | 0.00 | | 0.00 | FA |
| 21 | AUTOMOBILE ACCIDENT POSSIBLE PI CASE | 0.00 | 0.00 | | 0.00 | FA |
| 22 | CATERBASE COMPUTER PROGRAM | Unknown | Unknown | DA | 0.00 | FA |
| 23 | 2005 HYUNDAI SONATA | 15,000.00 | 0.00 | | 0.00 | FA |
| 24 | 2004 FORD MUSTANGE | 16,705.00 | 0.00 | | 0.00 | FA |
| 25 | 1995 OLDSMOBILE CUTLASS SUPREME | 500.00 | 0.00 | | 0.00 | FA |
| 26 | USED COMPUTERS ET C. | 1,500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 382.93 | Unknown |
| 27 | **Assets**      **Totals** (Excluding unknown values) | **$314,109.96** | **$42,979.00** | | **$63,382.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

Motion to employ broker set for 1/6/06
POSSIBLE SALE OF REAL ESTATE OR RE-PURCHASE BY DEBTOR
TURNOVER OF FUNDS IN ACCOUNT
SETTLED REAL ESTATE INTEREST BY SALE TO BRIAN TEGEL OR NOMINEE
REVIEWED CLAIMS AND RESOLUTION
TWO TAX RETURNS NEED TO BE PREPARED AND FUNDS DIVDED FOR DISTRIBUTION PURPOSES

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

| | | |
|---|---|---|
| **Case Number:** | 05B-46509 JS | |
| **Case Name:** | TEGEL, BRIAN LAWRENCE | |
| | TEGEL, JENNIFER MARIE | |
| **Period Ending:** | 04/30/07 | |

**Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE
**Filed (f) or Converted (c):** 10/08/05 (f)
**§341(a) Meeting Date:** 12/27/05
**Claims Bar Date:** 03/31/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property _ Abandoned _ OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |

**Initial Projected Date Of Final Report (TFR):** April 30, 2007       **Current Projected Date Of Final Report (TFR):** December 30, 2007

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-46509 JS |
| **Case Name:** | TEGEL, BRIAN LAWRENCE |
| | TEGEL, JENNIFER MARIE |
| **Taxpayer ID #:** | 13-7535602 |
| **Period Ending:** | 04/30/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****72-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/19/06 | | TICOR TITLE INSURANCE | SETTLEMENT RE: REAL PROPERTY PER ORDER OF 5/12/06 | | 63,000.00 | | 63,000.00 |
| | {1} | | 59,000.00 | 1110-000 | | | 63,000.00 |
| | {6} | | 4,000.00 | 1129-000 | | | 63,000.00 |
| 07/25/06 | 1001 | JENNIFER TEGEL | HOMESTEAD EXEMPTION | 8100-002 | | 3,500.00 | 59,500.00 |
| 07/25/06 | 1002 | KOENIG & STREY | COMMISSION TO REAL ESTATE BROKER | 3510-000 | | 3,150.00 | 56,350.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 15.19 | | 56,365.19 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 41.79 | | 56,406.98 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 38.07 | | 56,445.05 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 40.41 | | 56,485.46 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 37.12 | | 56,522.58 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 35.91 | | 56,558.49 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 52.11 | | 56,610.60 |
| 02/12/07 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-46509, BOND#  016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 49.36 | 56,561.24 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 59.04 | | 56,620.28 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 63.29 | | 56,683.57 |

|  |  |  |
|---|---|---|
| **Subtotals :** | **$63,382.93** | **$6,699.36** |

{} Asset reference(s)

Printed: 04/30/2007 11:21 AM     V.9.02

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-46509 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | TEGEL, BRIAN LAWRENCE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | TEGEL, JENNIFER MARIE | Account: | ***-*****72-65 - Money Market Account |
| Taxpayer ID #: | 13-7535602 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/30/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **63,382.93** | **6,699.36** | **$56,683.57** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **63,382.93** | **6,699.36** | |
| | | | Less: Payments to Debtors | | | 3,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$63,382.93** | **$3,199.36** | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-46509 JS |
| **Case Name:** | TEGEL, BRIAN LAWRENCE |
| | TEGEL, JENNIFER MARIE |
| **Taxpayer ID #:** | 13-7535602 |
| **Period Ending:** | 04/30/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****72-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 63,382.93 |
| Less Payments to Debtor : | 3,500.00 |
| Net Estate : | $59,882.93 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****72-65 | 63,382.93 | 3,199.36 | 56,683.57 |
| Checking # ***-*****72-66 | 0.00 | 0.00 | 0.00 |
| | $63,382.93 | $3,199.36 | $56,683.57 |

{} Asset reference(s)                                                                 Printed: 04/30/2007 11:21 AM    V.9.02

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| TEGEL, BRIAN LAWRENCE | |
| TEGEL, JENNIFER MARIE | CASE NO. 05B-46509 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**DISTRIBUTION REPORT**
**ADMINISTRATIVE CLAIMS**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 12,728.61 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 0.00 |
| | | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 12,728.61 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                    **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $     12,728.61 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 48.29 | 48.29 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 13.67 | 13.67 |
| ADMIN3 | DAVID GROCHOCINSKI, TRUSTEE | 6,244.15 | 6,244.15 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,690.00 | 1,690.00 |
| ADMIN5 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,732.50 | 4,732.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  |  | TOTAL | $ | 0.00 |
|---|---|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full)   $   125,488.29   0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001BR | SALLIE MAE EDUCATION CREDIT FINANCE CORP | 4,101.77 | 0.00 |
| 008BR | CITIBANK NEW YORK STATE | 921.75 | 0.00 |
| 009BR | SOUTHEASTERN ASSET RECOVERY SERVICES | 2,121.72 | 0.00 |
| 002JEN | SALLIE MAE TRUST | 1,318.24 | 0.00 |
| 003JEN | CHASE BANK USA NA | 20,736.91 | 0.00 |
| 004JEN | CHASE BANK USA NA | 20,021.30 | 0.00 |
| 005JEN | CHASE BANK USA NA | 18,530.72 | 0.00 |
| 007JEN | AMERICAN EXPRESS CENTURION BANK | 10,577.22 | 0.00 |
| 006BOTH | MBNA AMERICA BANK NA | 47,158.66 | 0.00 |
| | | TOTAL      $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| | | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| **17.** | **TYPE OF CLAIMS** | | | |
| §726(a)(5) - Interest | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| | | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| **18.** | **TYPE OF CLAIMS** | | | |
| §726(a)(6) - Surplus to Debtor | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____      _____

                                    DAVID GROCHOCINSKI, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                      CHAPTER 7 CASE
TEGEL, BRIAN LAWRENCE
TEGEL, JENNIFER MARIE                        CASE NO. 05B-46509 JS

                                            JUDGE JOHN SQUIRES

                    Debtor(s)

**DISTRIBUTION REPORT**
**(JENNIFER'S HALF OF ESTATE)**

    I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

    <u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $_____0.00 |
| Chapter 7 Administrative Expenses: | $_____0.00 |
| Chapter 11 Administrative Expenses: | $_____0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $_____0.00 |
| Secured Tax Liens: | $_____0.00 |
| Priority Tax Claims: | $_____0.00 |
| Other Priority Claims (507(a)(9)): | $_____0.00 |
| General Unsecured Claims: | $_____21,977.48 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $_____21,977.48 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                          **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 12,728.61 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 48.29 | 0.00 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 13.67 | 0.00 |
| ADMIN3 | DAVID GROCHOCINSKI, TRUSTEE | 6,244.15 | 0.00 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,690.00 | 0.00 |
| ADMIN5 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,732.50 | 0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  |  | TOTAL | | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§726(a)(2) - General Claims (To be paid pro-rata after costs
of administration and priority claims are paid in full)   $   125,488.29   17.51%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001BR | SALLIE MAE EDUCATION CREDIT FINANCE CORP | 4,101.77 | 0.00 |
| 008BR | CITIBANK NEW YORK STATE | 921.75 | 0.00 |
| 009BR | SOUTHEASTERN ASSET RECOVERY SERVICES | 2,121.72 | 0.00 |
| 002JEN | SALLIE MAE TRUST | 1,318.24 | 244.82 |
| 003JEN | CHASE BANK USA NA | 20,736.91 | 3,851.05 |
| 004JEN | CHASE BANK USA NA | 20,021.30 | 3,718.15 |
| 005JEN | CHASE BANK USA NA | 18,530.72 | 3,441.34 |
| 007JEN | AMERICAN EXPRESS CENTURION BANK | 10,577.22 | 1,964.29 |
| 006BOTH | MBNA AMERICA BANK NA | 47,158.66 | 8,757.83 |
| | | TOTAL   $ | 21,977.48 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $   0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL   $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $   0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL   $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 17. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §726(a)(5) - Interest | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 18. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____     _____

DAVID GROCHOCINSKI, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| TEGEL, BRIAN LAWRENCE | |
| TEGEL, JENNIFER MARIE | CASE NO. 05B-46509 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**DISTRIBUTION REPORT**
**(BRIAN'S HALF OF ESTATE)**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 0.00 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 21,977.48 |
| | | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 21,977.48 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                              **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $      12,728.61 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 48.29 | 0.00 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 13.67 | 0.00 |
| ADMIN3 | DAVID GROCHOCINSKI, TRUSTEE | 6,244.15 | 0.00 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,690.00 | 0.00 |
| ADMIN5 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,732.50 | 0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $        0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $        0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $        0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $        0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | | PROPOSED ALLOWANCE |
|---|---|---|---|---|

|  |  |  | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(7) - Alimony | | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | | TOTAL | $ 0.00 |

| 10. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §724(b)(6) - Tax Liens: | | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | | TOTAL | $ 0.00 |

| 11. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | | TOTAL | $ 0.00 |

| 12. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | | TOTAL | $ 0.00 |

| 13. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|

§726(a)(2) - General Claims (To be paid pro-rata after costs
of administration and priority claims are paid in full)    $    125,488.29    17.51%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001BR | SALLIE MAE EDUCATION CREDIT FINANCE CORP | 4,101.77 | 1,660.04 |
| 008BR | CITIBANK NEW YORK STATE | 921.75 | 373.04 |
| 009BR | SOUTHEASTERN ASSET RECOVERY SERVICES | 2,121.72 | 858.69 |
| 002JEN | SALLIE MAE TRUST | 1,318.24 | 0.00 |
| 003JEN | CHASE BANK USA NA | 20,736.91 | 0.00 |
| 004JEN | CHASE BANK USA NA | 20,021.30 | 0.00 |
| 005JEN | CHASE BANK USA NA | 18,530.72 | 0.00 |
| 007JEN | AMERICAN EXPRESS CENTURION BANK | 10,577.22 | 0.00 |
| 006BOTH | MBNA AMERICA BANK NA | 47,158.66 | 19,085.71 |
| | | TOTAL    $ | 21,977.48 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 17. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(5) - Interest | | | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 18. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____

DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 48.29 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 4,732.50 | |
| | | | 4,780.79 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,690.00 | |
| | | | 1,690.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $        0.00 | $      6,470.79 | $      6,470.79 |

1