**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>TEGEL, BRIAN LAWRENCE<br>TEGEL, JENNIFER MARIE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-46509 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   DUPAGE COUNTY COURTHOUSE
   505 N COUNTY FARM RD, ROOM 2000
   WHEATON, IL. 60187

   On: AUGUST 24, 2007
   At: 10:00 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts $ 63,382.93

   b. Disbursements $ 6,699.36

   c. Net Cash Available for Distribution $ 56,683.57

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, | 0.00 | | $48.29 |

| | | |
|---|---|---|
| LTD. (Trustee's Firm Legal Expenses) | | |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $13.67 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $6,244.15 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Firm Accounting Fees) | 0.00 | $1,690.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $4,732.50 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $125,488.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 18.57% from Jennifer's half of the estate and 40.47% of Brian's half of the estate.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001BR | SALLIE MAE EDUCATION CREDIT FINANCE CORP | $ 4,101.77 | $ 1,660.04 |
| 008BR | CITIBANK NEW YORK STATE | $ 921.75 | $ 373.04 |
| 009BR | SOUTHEASTERN ASSET RECOVERY SERVICES | $ 2,121.72 | $ 858.69 |
| 002JEN | SALLIE MAE TRUST | $ 1,318.24 | $ 244.82 |
| 003JEN | CHASE BANK USA NA | $ 20,736.91 | $ 3,851.05 |
| 004JEN | CHASE BANK USA NA | $ 20,021.30 | $ 3,718.15 |
| 005JEN | CHASE BANK USA NA | $ 18,530.72 | $ 3,441.34 |

| | | | |
|---|---|---|---|
| 007JEN AMERICAN EXPRESS CENTURION BANK | $ | 10,577.22 | $ 1,964.29 |
| 006    MBNA AMERICA BANK NA JOINT | $ | 47,158.66 | $ 27,843.54 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: cash, checking and savings accounts, household goods, books, clothing, wedding rings, camera, E-Trade account totaling $6,232.00


Dated: JULY 30, 2007                    For the Court,


                                        By: KENNETH S. GARDNER
                                            Kenneth S. Gardner
                                            Clerk of the United States Bankruptcy Court
                                            219 S. Dearborn Street; 7th Floor
                                            Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                            CHAPTER 7 CASE
TEGEL, BRIAN LAWRENCE
TEGEL, JENNIFER MARIE                  CASE NO. 05B-46509 JS

                                                       JUDGE JOHN SQUIRES
                   Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 6,244.15 |
| 2. | Trustee's expenses | $ | 13.67 |
| | TOTAL | $ | 6,257.82 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 4,732.50 |
| | b. Expenses | $ | 48.29 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,690.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

   d. Chapter 11 Expenses              $_____0.00

3. Other Professionals

                  TOTAL      $_____6,470.79

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.


DATED this _____ day of _____, 200__.


        ENTERED _____
             JOHN SQUIRES
             UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-46509   Doc 44   Filed 07/30/07   Entered 08/02/07 00:26:51   Desc Imaged
Certificate of Service   Page 6 of 7

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2         Date Rcvd: Jul 30, 2007
Case: 05-46509                Form ID: pdf002          Total Served: 36
```

The following entities were served by first class mail on Aug 01, 2007.
```
db          +Brian Lawrence Tegel,    5504 Ridge Crossing,    Hanover Park, IL 60133-5377
jdb         +Jennifer Marie Tegel,    927 Park Drive,    Melrose Park, IL 60160-2230
aty         +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Christopher H Purcell,    Sherman & Sherman,    120 S LaSalle St,   Suite 1460,
              Chicago, IL 60603-3575
aty         +Michael L Sherman,    Sherman & Sherman,    120 South La Salle St Ste 1460,
              Chicago, IL 60603-3575
aty         +Sarah L Poeppel,   Sarah L Poeppel,    608 S Washington St Ste 210,    Naperville, IL 60540-6675
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
cr          +Fifth Third Bank,    1850 E Paris Ave SE,   MD#ROPS05/Bankruptcy,    Grand Rapids, MI 49546-6253
cr          +Household Bank (SB), N.A.,    c/o Bass & Associates,    3936 E. Ft. Lowell Rd,   Suite 200,
              Tucson, AZ 85712-1083
10042944     American Express Centurion Bank,    c/o Becket and Lee, LLP,    POB 3001 Malvern, PA 19355-0701
10042945     Bank of America Fleet,    P.O. Box 15480,    Wilmington, DE 19850-5480
10042946    +Bank of America Visa,    P.O. Box 15480,    Wilmington, DE 19850-5480
10042947     Best Buy,    P.O. Box 17298,    Baltimore, MD 21297-1298
10042948     Capital One,    P.O. Box 790216,    Saint Louis, MO 63179-0216
10042949     Chase,    P.O. Box 15651,    Wilmington, DE 19886-5153
10042950    +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
10042951     Chase Bank One,    P.O. Box 15153,    Wilmington, DE 19886-5153
10563420    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10654395    +Citibank (New York State) GLELSI on behalf,    Great Lakes Higher Education,    PO Box 7858,
              Madison, WI 53707-7858
10042954    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    P.O. Box 630778,    Cincinnati, OH 45263-0778)
10042955     Ford Motor Credit,    National Bankruptcy Center,    Kansas City, MO 64121-9825
10042956     Global Advantage Visa,    P.O. Box 923148,    Norcross, GA 30010-3148
10042952    +Great Lakes Educational Loan Services, INC,    P O Box 8973,    Madison, WI 53708-8973
10042957    +Household Bank/Rhodes Furn,    Po Box 15519,    Wilmington, DE 19850-5519
10042958    ++INFIBANK NA,    157 TECHNOLOGY PKWY,    STE 900,    NORCROSS GA 30092-2950
              (address filed with court: InfiBank,    3490 Piedmont Drive NE Ste.,    Atlanta, GA 30305)
10582500    +MBNA America Bank NA,    PO Box 15168 MS 1423,    Wilmington, DE 19850-5168
10042959    +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19884-0001
10042960    +National City Credit Card,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
10557039    +SALLIE MAE EDUCATION CREDIT FINANCE CORP.,    C/O Sallie Mae, Inc.,    220 Lasley Ave.,
              Wilkes-Barre, PA 18706-1430
10557040    +SALLIE MAE TRUST,    C/O Sallie Mae, Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
10042961     Sallie Mae Servicing,    P.O. Box 4600,    Wilkes Barre, PA 18773-4600
10042962    +Sallie Mae Servicing,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
10042963     Sallie Mae Visa,    P.O. Box 15153,    Wilmington, DE 19886-5153
10673579    +Southeastern Asset Recovery Services,    5805 State Bridge Road ste G-292,    Duluth, GA 30097-8220
10042964     Washington Mutual Bank,    P.O. Box 44135,    Jacksonville, FL 32231-4135
```

The following entities were served by electronic transmission on Jul 31, 2007.
```
10042953      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 31 2007 02:45:55     Discover Fin,   Pob 15316,
               Wilmington, DE 19850
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           David E Grochocinski, David P Lloyd, Arthur
acc           Alan Horewitch
cr            Great Lakes Educational Loan Services Inc
br            Harriet J Bode
br            Remax Suburban Realtor
acc           Scott Horewitch Pidgeon & Abrams, LLC
                                                                                              TOTALS: 6, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: amcc7            Page 2 of 2            Date Rcvd: Jul 30, 2007
Case: 05-46509                Form ID: pdf002        Total Served: 36
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2007**                  **Signature:**      /s/ Joseph Speetjens